ERIC GRANT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Oscar Gonzalez de Llano
Special Assistant United States Attorney
     Social Security Administration
     Office of General Counsel
     6401 Security Boulevard
     Baltimore, MD 21235
     Telephone: (510) 970-4818
     Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ECKHART,<br><br>         Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>         Defendant. | No. 2:25-cv-02301-DJC-SCR<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will further develop the record as necessary and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Stip. to Remand

Respectfully submitted this 19th day of November, 2025.

ERIC GRANT
United States Attorney

By:   *s/ Oscar Gonzalez de Llano*
OSCAR GONZALEZ DE LLANO
Special Assistant United States Attorney
Attorneys for Defendant


LAW OFFICES OF FRANCESCO BENAVIDES

By:   *s/ FRANCESCO P. BENAVIDES*
FRANCESCO P. BENAVIDES
(*as authorized by email)
Attorney for Plaintiff

Stip. to Remand

**<u>ORDER</u>**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

Dated:  January 16, 2026                              /s/ Daniel J. Calabretta
                                                      THE HONORABLE DANIEL J. CALABRETTA
                                                      UNITED STATES DISTRICT JUDGE

Stip. to Remand